UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

CARLOS MANUEL GOMEZ DERAS,

Petitioner,

-against-

ROBERT BROWN, in his official capacity as Warden of Brooklyn Metropolitan Detention Center et al.,

Respondents.

------------------------------------x

**ORDER TO SHOW CAUSE**
26-CV-6594 (EK)

ERIC KOMITEE, United States District Judge:

Carlos Manuel Gomez Deras petitions this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He asserts that he is "being detained pursuant to 8 U.S.C. § 1226(a)," "[a]s consistently represented in ICE's own documents." Petition for Writ of Habeas Corpus ¶ 2, ECF No. 1. Petitioner does not attach a copy of these documents to his petition. He contends, however, that he has not received the initial custody determination required by Section 1226(a)'s implementing regulations. *Id.* He moves for an order that, among other things, requires respondents to respond within three days, showing cause why he should not be immediately released from detention. *Id.* ¶ 4.

Petitioner's motion is granted in part. *See In re Habeas Corpus Cases*, 216 F.R.D. 52, 53 (E.D.N.Y. 2003). By 5:00

p.m. on October 21, respondents are ordered to show cause why an initial custody determination is not required under *da Cunha v. Freden*, 175 F.4th 61 (2d Cir. 2026) and / or 8 C.F.R. § 236.1(c)(8). Should respondents acknowledge that an individualized custody determination is required, they shall either make that determination or release him — in either case, on or before October 28. The parties shall file a status report on or before November 4 that addresses petitioner's release status. Otherwise, petitioner should serve his reply by 5:00 p.m. on November 11.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: October 14, 2026
Brooklyn, New York